IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:24-CR-00050-M-BM

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| LORNE JAREAL LYNCH | ) | |

This matter comes before the court on the United States' notice and motion [DE 69]. For good cause shown, the motion is GRANTED. The court finds Defendant owes no restitution and, thus, the February 17, 2025 restitution hearing is VACATED. The Clerk of Court shall issue an Amended Judgment.

SO ORDERED this 6th day of February, 2026.

RICHARD E. MYERS II
Chief United States District Judge